1
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   HASSAN ROBERTS,                      No.  2:13-cv-1633 KJM CKD P

12              Petitioner,

13        v.                              ORDER AND FINDINGS AND
                                          RECOMMENDATIONS
14   DIRECTOR, CALIFORNIA
     DEPARTMENT OF CORRECTIONS
15   AND REHABILITATION,

16              Respondent.

17

18        On September 25, 2013, the court recommended that this action be dismissed because

19   petitioner had not paid the filing fee or filed an application to proceed in forma pauperis.

20   Petitioner paid the filing fee on October 21, 2013.  Therefore, the court will vacate the September

21   25, 2013 findings and recommendations.

22        Petitioner has filed an application for writ of habeas corpus under 28 U.S.C. § 2254.  The

23   petition is the same as a petition filed by petitioner on June 3, 2013 and then dismissed for lack of

24   jurisdiction on July 17, 2013 in 2:13-cv-1100 CKD P.[1]  Petitioner did not appeal judgment in that

25   case.  Under 28 U.S.C. § 2241(b)(1), the court must dismiss any claim that has been adjudicated

26   _____

27   [1]  This is actually the third time petitioner has submitted a habeas petition with the claims
     presented in this action.  He also filed a petition on March 29, 2013 and that petition was assigned
     case number 2:13-cv-0649 CKD P.  That case was dismissed without prejudice on June 11, 2013
28   because petitioner failed to file an amended petition.

                                          1

1   in a prior habeas action.  That being the case, the court will recommend that the habeas petition

2   before the court be dismissed.

3          Accordingly, IT IS HEREBY ORDERED that the court's September 25, 2013 findings

4   and recommendations are vacated.

5          IT IS HEREBY RECOMMENDED that:

6          1.  Petitioner's application for writ of habeas corpus be dismissed; and

7          2.  This case be closed.

8          These findings and recommendations are submitted to the United States District Judge

9   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

10  after being served with these findings and recommendations, petitioner may file written

11  objections with the court and serve a copy on all parties.  Such a document should be captioned

12  "Objections to Magistrate Judge's Findings and Recommendations."  In his objections petitioner

13  may address whether a certificate of appealability should issue in the event he files an appeal of

14  the judgment in this case.  See Rule 11, Federal Rules Governing Section 2254 Cases (the district

15  court must issue or deny a certificate of appealability when it enters a final order adverse to the

16  applicant).  Petitioner is advised that failure to file objections within the specified time may waive

17  the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

18  Dated:  October 30, 2013

19  _____
    CAROLYN K. DELANEY
20  UNITED STATES MAGISTRATE JUDGE

21

22

23  1
    robe1633.dis
24

25

26

27

28

                                    2